UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

BERKLEY REGIONAL INSURANCE COMPANY,   16-cv-02383 ERK

                              Plaintiff,

-- against --   **Stipulation for Dismissal**

SAFECO INSURANCE COMPANY OF AMERICA
and DELRIC CONSTRUCTION CO., INC.,

                              Defendants.

---

Pursuant to Federal Rule 41, it is hereby stipulated by the undersigned, being the attorneys for all parties in the above-titled action, that

Whereas, by order of March 27, 2019, this case was stayed pending arbitration; the parties thereafter proceeded to arbitration; on February 9, 2022 a Final Award of Arbitrators was signed, resolving all claims, defenses, and counterclaims of all parties; on March 9, 2022, plaintiff here filed a letter-motion to reopen the case for a motion to confirm the award and enter judgment; the case was reopened by order of April 5, 2022; and the specified award has now been paid; now therefore

This case may now be dismissed, with prejudice, without costs, and marked closed.

Zichello & McIntyre, LLP
Attorneys for Plaintiff

By /s/ Vincent J. Zichello
   Vincent J. Zichello
Graybar Building, 300
420 Lexington Avenue
New York, NY 10170
212-209-3991
zimc@msn.com
May 4, 2022

Peckar & Abramson, PC
Attorneys for Defendants

By /s/ Gerard J. Onorata
   Gerard J. Onorata
70 Grand Avenue
River Edge, NJ 07661
201-343-3434
gonorata@pecklaw.com
May 3, 2022